■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS SILANO, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered April 16, 1982, affirmed. No opinion. The case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., O'Connor, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VELASQUEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Deeley, J.), rendered January 3, 1980, convicting him of attempted robbery in the second degree, upon a plea of guilty, and imposing sentence. The appeal brings up for review the denial of defendant's motion to suppress certain evidence. Judgment affirmed. Criminal Term properly denied defendant's motion to suppress the identification by the witness Douglas Gonzalez (see *People v Tas*, 51 NY2d 915; *People v Gissendanner*, 48 NY2d 543, 552; *People v Moger*, 85 AD2d 610; *People v Collins*, 84 AD2d 35, 41). Gulotta, J. P., O'Connor, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARK WILLIAMS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Richmond County (Owens, J.), rendered December 10, 1981, convicting him of murder in the second degree (two counts) and rape in the first degree (two counts), upon a jury verdict, and imposing sentence. The appeal brings up for review an order of the same court denying the defendant's motion to suppress certain statements. Judgment affirmed. Upon a review of the record we agree with the finding of Criminal Term that the defendant had sufficient capacity to, and did in fact, knowingly and voluntarily waive his *Miranda* rights. Accordingly, his motion to suppress his statements was properly denied. We see no merit to defendant's other contentions. Mollen, P. J., Lazer, Mangano and Gulotta, JJ., concur.